IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00902-MSK

UNION TRUSTEES OF THE ROCKY MOUNTAIN UFCW UNIONS AND EMPLOYERS
PENSION PLAN, an express trust; and
UNION TRUSTEES OF THE DENVER AREA MEAT CUTTERS AND EMPLOYERS
PENSION FUND, an express trust,

      Petitioners,

v.

EMPLOYER TRUSTEES OF THE ROCKY MOUNTAIN UFCW UNIONS AND
EMPLOYERS PENSION PLAN, an express trust; and
EMPLOYER TRUSTEES OF THE DENVER AREA MEAT CUTTERS AND EMPLOYERS
PENSION FUND, an express trust,

      Respondents.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court pursuant to FED. R. CIV. P. 16 and D.C.COLO.L.CivR 16.1 for setting of hearing.

**IT IS HEREBY ORDERED** that the parties shall appear on **June 12, 2009**, at **9:00 a.m.**, United States District Court for the District of Colorado, Courtroom A901, 901 19th Street, Alfred A. Arraj U.S. Courthouse, Denver, Colorado.  It is,

**FURTHER ORDERED** that:

1.     Parties shall appear by counsel, or if unrepresented appear in person;

2.     At least **twenty-one (21)** days prior to the conference, counsel (or a *pro se* party) shall confer to discuss the matters identified in FED. R. CIV. P. 16(c).  These include but are not limited to:

        a.     Necessity of joinder of any party;

    b. Need for any amendments to pleadings;
    c. Whether resolution by summary judgment is likely;
    d. Discovery needs and scheduling;
    e. Prospects for settlement;
    f. Personal and subject matter jurisdictions;
    g. Identification of legal and factual issues;
    h. Length of trial;
    i. Referral of action to the Magistrate Judge; and
    j. Such other matters as any party considers conducive to the just, speedy, and inexpensive determination of this action.

3. At this hearing, counsel should be prepared to advise the Court as to what procedure should be used to best facilitate the just, speedy and inexpensive determination of this action.

DATED this 22nd day of April, 2009.

              **BY THE COURT:**

              */s/ Marcia S. Krieger*
              _____

              Marcia S. Krieger
              United States District Judge